IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09CR3134 |
| vs. | |
| WILLIAM EUGENE TAYLOR III, | ORDER |
| Defendant. | |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:00 noon on May 20, 2021

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and reside with his sister, Shanae Thompson and comply with the rules of her household until he enters inpatient treatment.

February 17, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge